# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0269

_____

LETREL SMALL,

   Appellant,

   v.

C & S WHOLESALE/CCMSI,

   Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident: March 1, 2018.

May 31, 2019

PER CURIAM.

   AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

_____

Letrel Small, pro se, Appellant.

Jennifer T. Reimsnyder and Laura A. Buck of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Ocala, for Appellees.